UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THEODORE PEARLMAN, MARC TELL, JULIA GALLO, :
ANDREW KOPLIK and DOROTHY RABSEY, individually : Case No. 2:10-cv-04992-JS-AKT
and on behalf of all others similarly situated, :
 :
                       Plaintiffs, :
    - against - :
 :
CABLEVISION SYSTEMS CORPORATION :
 :
                       Defendant. :
------------------------------------------------------------------X
ARTHUR FINKEL, ANGELO BRUCCHIERI and DAVID MENONI, :
on behalf of themselves and all others similarly situated, : Case No. 2:10-cv-05021-SJF-ETB
 :
                       Plaintiffs, :
    - against - :
 :
CABLEVISION SYSTEMS CORPORATION, :
a Delaware Corporation :
                       Defendant. :
------------------------------------------------------------------X
WILLIAM CANFIELD and SALVATORE GANDOLFO, on their :
own behalf and on behalf of all others similarly situated, : Case No. 2:10-cv-05511-SJF-ARL
 :
                       Plaintiffs, :
    - against - :
 :
CABLEVISION SYSTEMS CORPORATION, :
and CSC HOLDINGS, LLC :
                       Defendant. :
------------------------------------------------------------------X
SEAN AHEARN, on his own behalf and on behalf of :
all others similarly situated, : Case No. 2:10-cv-05512-SJF-ARL
                       Plaintiffs, :
    - against - :
 :
CABLEVISION SYSTEMS CORPORATION, :
and CSC HOLDINGS, LLC, :
                     Defendant. :
------------------------------------------------------------------X
RALPH DUDLEY, on his own behalf and on behalf of :
all others similarly situated, : Case No. 2:10-CV-05510-SJF-ARL
                       Plaintiffs, :
    - against - :
 :
CABLEVISION SYSTEMS CORPORATION, :
and CSC HOLDINGS, LLC :
                     Defendant. :
------------------------------------------------------------------X

## CROSS-MOTION FOR CONSOLIDATION AND APPOINTMENT OF LEAD COUNSEL

PLEASE TAKE NOTICE that Plaintiffs William Canfield, Salvatore Gandolfo, Sean Ahearn and Ralph Dudley ("Plaintiffs") are hereby moving for consolidation of the above-captioned cases pursuant to F.R.C.P. 42(a), and for appointment of Plaintiffs' Lead Counsel pursuant to F.R.C.P. 23(g)(2)(A). In support thereof, Plaintiffs are simultaneously filing a Memorandum and Affirmation in Support of their Cross-Motion for Consolidation and Appointment of Lead Counsel and a [Proposed] Order.

Dated: December 22, 2010

>STAMELL & SCHAGER, LLP
>By: /s/ Richard J. Schager, Jr.
>Richard J. Schager, Jr. (RS 5875)
>One Liberty Plaza, 35th Floor
>New York, NY  10006-1404
>Telephone:    (212) 566-4047
>Facsimile:    (212) 566-4061
>schager@ssnyc.com
>
>Andrew R. Goldenberg (AG 8213)
>One Liberty Plaza, 35th Floor
>New York, NY  10006-1404
>Telephone:    (212) 566-4054
>Facsimile:    (212) 566-4061
>goldenberg@ssnyc.com
>
>Michael C. Rakower
>Law Office of Michael C. Rakower
>747 Third Avenue, 32nd Floor
>New York, N.Y. 10017
>Telephone:    (212) 660-5550
>Facsimile:    (212) 660-5551
>mrakower@rakowerlaw.com