

260 MADISON AVENUE • 17TH FLOOR • NEW YORK • NEW YORK • 10016

TELEPHONE
(212) 239-4340

FAX
(212) 239-4310

WEB
WWW.LAWSSB.COM

February 14, 2013

*BY ECF*

Hon. Joanna Seybert
United States District Judge
United States District Court
100 Federal Plaza
Central Islip, NY  11722

      Re:    *In re Cablevision Consumer Litig.* (No. 10-CV-4992 (JS)(AKT))

Dear Judge Seybert:

    This office is one of the Co-Lead Counsel for Plaintiffs in the above-referenced matter. We write with the consent of defendants' counsel to request an extension of the time for plaintiffs to submit a reply memorandum in further support of their Motion for Class Certification to March 8, 2013. The reply brief is currently due on February 22, 2013. The February 22 deadline was negotiated shortly after we received defendants' opposition to the motion. This is the first extension request associated with that deadline. Accordingly, we respectfully request that the Court allow the requested extension to March 8.

    If the Court has any questions, please do not hesitate to contact me.

                                                      Respectfully,

                                                      Ralph M. Stone

cc:    Thomas H. Golden, Esq. (By ECF and Email)
       Norman P. Ostrove, Esq. (By Email)

NEW JERSEY OFFICE • 447 SPRINGFIELD AVE.NUE • 2ND FLOOR • SUMMIT • NEW JERSEY • 07901 • TELEPHONE (908) 516-2045 • FAX (908) 516-2049