

260 Madison Avenue • 17th Floor • New York • New York • 10016

Telephone
(212) 239-4340

Fax
(212) 239-4310

Web
www.lawssb.com

April 17, 2013

BY ECF SYSTEM

Hon. A. Kathleen Tomlinson
United States Magistrate Judge
United States Courthouse
100 Federal Plaza
Central Islip, NY 11722-4438

      Re:    *In re Cablevision Consumer Litig.* (E.D.N.Y., No. 10-cv-04992)

Dear Judge Tomlinson:

      We are one of the Co-Lead Counsel for Plaintiffs in the above-referenced case. I write with the consent of defendants' counsel regarding the schedule for expert discovery and related expert issues. The parties propose deferring expert reports and expert discovery until after the parties receive the Court's decisions on plaintiffs' motion for partial summary judgment, which was fully submitted as of March 1, 2013, and on plaintiffs' motion for class certification, which was fully submitted as of March 8, 2013.

      Resolution of those motions will inform the scope of expert analysis required for the rest of the case. We therefore respectfully request that your Honor enter an order directing the parties to submit a schedule addressing expert issues not more than one week after the Court has decided both of those motions. Alternatively, counsel would be pleased to meet with your Honor in-person or by teleconference to discuss these issues.

                                  Respectfully,

                                    Ralph M. Stone

cc:    All Counsel

New Jersey Office • 447 Springfield Avenue • 2nd Floor • Summit • New Jersey • 07901 • Telephone (908) 516-2045 • Fax (908) 516-2049