# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

May 28, 2014

**BY ECF**

The Honorable A. Kathleen Tomlinson
United States Magistrate Judge
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722-4438

Re:   *In re Cablevision Consumer Litigation*, Master File No. 10-CV-4992 (JS)(AKT).

Dear Judge Tomlinson:

We are counsel to Defendants Cablevision Systems Corp. and CSC Holdings, LLC in the above-referenced action. With plaintiffs' consent, we write respectfully to request a slight modification to the expert discovery schedule, without changing the September 30, 2014 date for the completion of all expert discovery. This is the parties' first request for an extension of the deadlines set forth in the expert discovery schedule.

By order dated May 5, 2014 (the "May 5 Order"), Your Honor set July 7, 2014 as the deadline to serve opening expert reports; September 8, 2014, as the deadline to serve rebuttal expert report(s) and expert disclosures; and September 30, 2014, as the deadline to complete expert depositions. The parties seek this extension to provide additional time for their experts to address the issues in this case.

We respectfully request that Your Honor amend the May 5 Order to allow the parties to serve their opening expert report(s) on or before July 18, 2014, and to serve their rebuttal expert report(s) on or before September 11, 2014. All other dates set forth in the May 5 Order, including the September 30, 2014 deadline for competing expert discovery, would remain unchanged.

Respectfully submitted,

/s/ Thomas H. Golden

Thomas H. Golden

cc:   All Counsel (by ECF)

NEW YORK   WASHINGTON   PARIS   LONDON   MILAN   ROME   FRANKFURT   BRUSSELS
in alliance with Dickson Minto W.S., London and Edinburgh