UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re Cablevision Consumer Litigation** <br><br> This Document Relates To: <br><br> All Actions | Case No. 10-cv-04992(JS)(AKT) <br><br> ECF Case |

**[REDACTED] PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF MOTION TO STRIKE TESTIMONY AND REPORT OF ELIZABETH LOSINSKI AND TO PRECLUDE DEFENDANTS FROM RELYING ON UNTIMELY DISCOVERY**

**TABLE OF CONTENTS**

**INTRODUCTION** .................................................................................................................. 1

**BACKGROUND** .................................................................................................................... 3

    **I.**    **The Claims And Procedural History**............................................................... 3

    **II.**   **Ms. Losinski's Experience As Cablevision Policy Advocate**..................... 5

    **III.**  **The Contents Of Ms. Losinski's Report** ....................................................... 7

        A.  Overview of Report................................................................................ 7

        B.  The Opinions ......................................................................................... 8

**LEGAL ARGUMENT** ........................................................................................................... 9

    **I.**    **The Expert Report Of Elizabeth Losinski Should Be Stricken And Ms. Losinski Should Be Precluded From Offering Expert Testimony** ... 9

        A.  Standard For Admissibility of Expert Testimony................................ 9

        B.  Opinion #1 Is Not Admissible ................................................................ 11

        C.  Opinion #2 And Opinion #3 Are Not Admissible................................ 14

        D.  Opinion #4 And Opinion #5 Are Not Admissible................................ 18

        E.  The Other Material In the Expert Report Should Be Stricken And Ms. Losinski Should Not Be Permitted To Testify In This Case ....... 20

    **II.**   **Defendants Should Be Precluded From Presenting Elizabeth Losinski As A Fact Witness And From Relying On Untimely Discovery Including Her Attached Exhibits**................................................................ 21

        A.  Standard For Remedy Of Evidence Preclusion Under Rule 37(c) .... 21

        B.  Rule 37(c) Standard Is Met As To Ms. Losinski, The New Documents Submitted As Exhibits, and The July 2014 Bates-Stamped Production .............................................................................. 22

        C.  Four-Factor Test Weighs In Favor Of Preclusion ............................... 23

**CONCLUSION** ..................................................................................................................... 25

# TABLE OF AUTHORITIES

**CASES**

*Advanced Analytics, Inc. v. Citigroup Global Markets, Inc.*, 2014 WL 1243685 (S.D.N.Y. May 7, 2014) .................................................................................................................................. 22
*Amorgianos v. Nat'l Railroad Passenger Corp.*, 303 F.3d 256 (2d Cir. 2002) ........................... 10
*Bronx Sav. Bank v. Weigandt*, 1 N.Y.2d 545 (1956) .................................................................. 12
*Brown v. China Integrated Energy Inc.*, No. 2:11-cv-02559-BRO-PLA (Aug. 4, 2014) ....... 10, 20
*Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993) .................................... 9, 11
*Delehanty v. KLI, Inc.*, 663 F.Supp.2d 127 (E.D.N.Y. 2009) ...................................................... 10
*Design Strategy, Inc. v. Davis*, 469 F.3d 284 (2d Cir. 2006) ................................................ 21, 22
*Donnelly v. Ford Motor Co.*, 80 F.Supp.2d 45 (E.D.N.Y. 1999) ......................................... 10, 12
*Feliciano v. County of Suffolk*, No. 04-CV-5321(JS)(AKT), 2009 WL 290469 (E.D.N.Y. Feb. 4, 2009) .................................................................................................................................. 10
*Hartford Acc. v. Indem. Co. v. Wesolowski,* 33 N.Y.2d 169 (1973) ........................................... 12
*In re Rezulin Prods. Liability Litig.*, 309 F. Supp. 2d 531 (S.D.N.Y. 2004) ......................... 16, 18
*Int'l v. Multifoods Corp. v. Comm'l Union Ins. Co,* 98 F.Supp.2d 498 (S.D.N.Y. 2000) ............ 12
*Jacobson v. Sassower*, 66 N.Y.2d 991 (1985) ............................................................................ 12
*Kogut v. County of Nassau*, 894 F. Supp.2d 230 (E.D.N.Y. 2012) ............................................ 20
*Kumho Tire Co., Ltd. v. Carmichael*, 526 U.S. 137 (1999) ........................................................ 10
*Lujan v. Cabana Mgmt., Inc.*, 284 F.R.D. 50 (E.D.N.Y. 2012) .................................................. 17
*Morgenstern v. County of Nassau*, No. 04-cv-0058(JS)(ARL), 2008 WL 4449335 (E.D.N.Y. Sept. 29, 2008) ....................................................................................................................... 21
*Nimely v. City of New York*, 414 F.3d 381 (2d Cir. 2005) ......................................................... 13
*Patterson v. Balsamico*, 440 F.3d 104 (2d Cir. 2006) ................................................................ 22
*Stagl v. Delta Air Lines, Inc.*, 117 F.3d 76 (2d Cir. 1997) .......................................................... 20
*TNT USA Inv. V. DHL Express (USA), Inc.,* No. 09-CV-0481(JS)(ARL), 2012 WL 601452 (E.D.N.Y. Feb. 23, 2012) .................................................................................................. 12, 14

**RULES**

Fed. R. Evid. 702 ........................................................................................................................... 9
Fed. R. Evid. 401 ......................................................................................................................... 10
Fed. R. Evid. 403 .............................................................................................................. 10, 11, 16
Fed. R. Civ. Proc. 26(a), 26(e) ..................................................................................................... 21
Fed. R. Civ. Proc. 37(c) .......................................................................................................... 21, 22
Fed. R. Civ. Proc. 16(b)(4) .......................................................................................................... 22

**REGULATIONS**

16 N.Y.C.R.R.§ 890.80(b) ............................................................................................................. 8
16 N.Y.C.R.R.§ 890.80(c)(4) ......................................................................................................... 8
16 N.Y.C.R.R.§ 890.80(c)(5) ......................................................................................................... 8
16 N.Y.C.R.R. § 890.80(a)(3)(i) .................................................................................................... 8
C.G.S.A. § 16-331k ....................................................................................................................... 8
N.J.A.C. 14:18-3.17(b) .................................................................................................................. 8

[REDACTED]