UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Cablevision Consumer Litigation<br><br>This document relates to:<br><br>All Actions | Master File No. 10-CV-4992 (JS) (AKT)<br><br>ECF Case |

**PLAINTIFFS' UNOPPOSED NOTICE OF MOTION FOR APPROVAL OF DISTRIBUTION AND PUBLICATION OF CLASS NOTICE**

PLEASE TAKE NOTICE that, upon all other papers and prior proceedings had herein, Plaintiffs move this Court, unopposed by Cablevision Systems Corporation and CSC Holdings, LLC (collectively, "Cablevision"), pursuant to Fed. R. Civ. Proc. 23(c)(2), for entry of an order approving the parties' mutually agreed-upon plan for distribution and publication of notice to prospective class members, which consists of bill inserts to current customers, delivered by regular mail to those customers who opted to receive their bills by regular mail, and email to those who opted to receive electronic bills, and publication notice to former subscribers.

Accordingly, Plaintiffs respectfully request entry of an order granting this Motion in its entirety.

DATED: August 20, 2014                                    Respectfully submitted,

STONE BONNER & ROCCO LLP                                  LAW OFFICE OF TODD J. KROUNER

By:   /s/ Ralph M. Stone                                  By:   /s/ Todd J. Krouner
      Ralph M. Stone                                            Todd J. Krouner
      (rstone@lawssb.com)                                       (tkrouner@krounerlaw.com)

145 West 45th Street, Suite 701                           93 North Greeley Avenue
New York, New York 10036                                  Chappaqua, New York 10514
Tel. (212) 239-4340                                       Tel. (914) 238-5800
Fax (212) 239-4310                                        Fax (914) 238-5820

SHAHMOON & ELLISEN LLP

By: /s/ Carol S. Shahmoon
       Carol S. Shahmoon
       (cshahmoon@sandelaw.com)

370 Lexington Avenue, 24th Floor
New York, New York 10017
Tel. (646) 820-5490
Fax (917) 591-0164

*Co-Lead Counsel for Plaintiffs*