

145 WEST 45TH STREET • SUITE 701 • NEW YORK • NEW YORK • 10036

TELEPHONE
(212) 239-4340

FAX
(212) 239-4310

WEB
WWW.LAWSSB.COM

December 29, 2015

BY ECF

Hon. A. Kathleen Tomlinson
United States Magistrate Judge
United States Courthouse
100 Federal Plaza
Central Islip, NY 11722-4438

Re: *In re Cablevision Consumer Litig.* (E.D.N.Y., No. 10-cv-04992)

Dear Judge Tomlinson:

I write with the consent of defendant's counsel and further to the Court's Order dated March 3, 2015 to advise the Court that as of December 28, 2015, Judge Seybert has now decided the various outstanding motions to strike and/or preclude various experts' opinions. The Court directed the parties to advise your Honor when those motions were decided and to request a time for a status conference.

The next major step in the case will be motions for summary judgment that both sides anticipate filing. The parties request that they be permitted until January 12, 2016 to submit a proposed schedule to the Court in the form of a joint pre-conference statement outlining the schedule and any issues the parties may wish to raise with the Court at this time. The parties respectfully suggest that the Court await the submission of the joint statement before determining whether a conference is necessary and the timing of it.

If the Court has any questions, please do not hesitate to contact me.

Respectfully,

Ralph M. Stone

cc: All counsel (by ECF)

NEW JERSEY OFFICE • 447 SPRINGFIELD AVENUE • 2ND FLOOR • SUMMIT • NEW JERSEY • 07901 • TELEPHONE (908) 516-2045 • FAX (908) 516-2049