UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X
THEODORE PEARLMAN, ET AL.

                                        CALENDAR NOTICE
-V-                                     CV 10-4992 (JS)(AKT)


CABLEVISION SYSTEMS CORP., ET AL.
------------------------------X

APPEARANCES:
For plaintiff(s):
Carol S. Shahmoon, Esq.
Shahmoon & Elisen LLP
370 Lexington Avenue, 24th Floor
New York, NY 10017

Todd J. Krouner, Esq.
Scott Jaller Koplik, Esq.
Law Offices of Todd J. Krouner
93 North Greeley Avenue
Chappaqua, NY 10514

Ralph M. Stone, Esq.
Stone Bonner & Rocco LLP
145 West 45th Street, Suite 701
New York, NY 10036


For defendant(s):
Andrew Genser, Esq.
Kirkland & Ellis
601 Lexington Av.
New York  NY 10022

Thomas H. Golden, Esq.
Wilkie Farr & Gallagher
787 Seventh Avenue
New York, NY 10019


     THE ABOVE-REFERENCED CASE IS SCHEDULED FOR A PRE-MOTION
CONFERENCE **AT 1:30PM  ON FRIDAY, MAY 13, 2016.**  A BRIEFING
SCHEDULE WILL BE SET, AS APPROPRIATE.

     SHOULD THE COURT ALSO ENTERTAIN SETTLEMENT DISCUSSIONS,
COUNSEL SHALL HAVE SETTLEMENT AUTHORITY OR BE ABLE TO CONTACT
SOMEONE WITH AUTHORITY.

     PLEASE REPORT TO COURTROOM 1030 AT THE CENTRAL ISLIP
COURTHOUSE, FEDERAL PLAZA, SPUR DR. NORTH OFF CARLETON AV.(CR
17)(SOUTHERN STATE PKWY. EXIT 43A).

TO MINIMIZE THE RISK OF UNDELIVERED MAIL/E-MAIL, PARTIES ARE
REQUESTED TO CONFIRM RECEIPT OF THIS NOTICE <u>WITH EACH OTHER</u>.


                                        /s/
                              _____
                               CHARLES J. BARAN,
                              COURTROOM DEPUTY CLERK FOR
                              HON. JOANNA SEYBERT

DATED: MAR. 21, 2016
       CENTRAL ISLIP  NY

Case 2:10-cv-04992-JS-AKT   Document 185   Filed 03/21/16   Page 2 of 2 PageID #: 7759