UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re Cablevision Consumer Litigation**<br><br>This Document Relates To:<br><br>All Actions | Case No. 10-cv-04992 (JS)(AKT)<br><br>ECF Case<br>Electronically Filed |

## NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT

**PLEASE TAKE NOTICE** that Plaintiffs will and hereby do move this Court, the Honorable Joanna Seybert, U.S.D.J., in Courtroom 1030, United States Courthouse, 100 Federal Plaza, Central Islip, NY 11722, on a date and at a time designated by the Court, for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting partial summary judgment declaring (1) that Cablevision's failure to provide a pro rata credit under Paragraph 4 of its Terms of Service in connection with the interruption of Fox channels in subscriber packages during the period October 16, 2010 through October 30, 2010 constitutes a breach of contract, and (2) that Cablevision's Terms of Service required Cablevision to provide a uniform pro rata credit to all customers who subscribed to a particular package.

In support of this motion, Plaintiffs submit herewith Plaintiffs' Local Rule 56.1 Statement of Material Facts, Plaintiffs' Memorandum in Support of Plaintiffs' Motion for Partial Summary Judgment, the March 31, 2016 Declaration of Carol S. Shahmoon in Support of Plaintiffs' Motion for Partial Summary Judgment and exhibits annexed thereto, and a Proposed Order.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs respectfully request oral argument.

Dated:  March 31, 2016

                                                        Respectfully submitted,

STONE BONNER & ROCCO LLP          LAW OFFICE OF TODD J. KROUNER

By: /s/ Ralph M. Stone                By: /s/ Todd J. Krouner
  Ralph M. Stone                         Todd J. Krouner
  (rstone@lawssb.com)                (tkrouner@krounerlaw.com)
  145 West 45th St., Suite 701            93 Greeley Avenue
  New York, NY 10036                 Chappaqua, NY 10514
  Tel: (212) 239-4340                   Tel: (914) 238-5800
  Fax: (212) 239-4310                  Fax: (914) 238-5820

CSS LEGAL GROUP PLLC

By: /s/ Carol S. Shahmoon
  Carol S. Shahmoon
  (cshahmoon@csslegalgroup.com)
  1010 Northern Blvd., Suite 208
  Great Neck, NY 11021
  Tel: (646) 517-4399
  Fax: (646) 880-9359

*Co-Lead Counsel for Plaintiffs*