UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
THEODORE PEARLMAN, MARC TELL, JULIA
GALLO, DOROTHY RABSEY, and JOHN
AZZARELLA, individually and on behalf
of all others similarly situated,

                     Plaintiffs,

  -against -

         **ORDER**

     CV 10-4992 (JS) (AKT)

CABLEVISION SYSTEMS CORPORATION,

                     Defendant.
-------------------------------------------------------------------X

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

      The Court has received Plaintiffs' May 5, 2016 letter motion. *See* DE 192. Upon a cursory review of the motion, the Court sees that the issues Plaintiffs are now raising have been percolating between the parties for at least four months. The Court wants an answer from both parties by the close of business on May 9, 2016 as to why these issues were not brought to the Court's attention sooner. The Court is also directing Defendant to provide a response to Plaintiffs' motion by the close of business on May 9, 2016.

                                                       **SO ORDERED.**

Dated: Central Islip, New York
       May 6, 2016

                                             /s/ A. Kathleen Tomlinson

                                           A. KATHLEEN TOMLINSON
                                           U.S. Magistrate Judge