# EXHIBIT 3

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Andrew M. Genser
To Call Writer Directly:
(212) 446-4809
andrew.genser@kirkland.com

601 Lexington Avenue
New York, New York 10022

(212) 446-4800

www.kirkland.com

Facsimile:
(212) 446-4900

May 5, 2016

**Via Email**

Carol S. Shahmoon
Shahmoon & Ellisen LLP
370 Lexington Avenue, 24th Floor
New York, NY  10017

Re:   *In re Cablevision Consumer Litig.* (No. 10-CV-4992 (JS)(AKT))

Dear Carol:

We write to follow up on Plaintiffs' request that Cablevision Systems Corporation and CSC Holdings, LLC (together, "Cablevision") produce native versions of certain documents that Cablevision had produced along with Mr. Jonathan Orszag's expert report.

In response to Plaintiffs' requests, Cablevision previously produced native versions of six Excel spreadsheets that were incorporated into Mr. Orszag's electronic work files.  Cablevision will refer to those spreadsheets here collectively as the "Orszag Spreadsheets."[1]  Plaintiffs have raised several issues with regard to those spreadsheets.  This letter will address each issue in turn.

**Orszag Spreadsheets metadata:  dates.**  Plaintiffs wrote in an April 6, 2016 email that metadata in the Orszag Spreadsheets that Cablevision provided via a March 16, 2016 email "indicate[d] that they were modified on March 16, 2016, the same day they were produced to us."  As the parties discussed on an April 5, 2016 call, that date metadata is incorrect and is likely the result of sending these files via email.  Cablevision will transfer the Orszag Spreadsheets to Plaintiffs by an alternative transfer method (for example, via a dropbox), which should maintain their original metadata intact.

**Orszag Spreadsheets metadata:  author names.**  Plaintiffs also asked about metadata identifying the "author" of the Orszag Spreadsheets.  As further explained below, these spreadsheets were originally created by Cablevision employees at the request of Mr. Orszag's support staff.  The Cablevision employees who created the spreadsheets are as follows:

---

[1] More specifically, on March 16, 2016, Cablevision provided by email native versions of the following six Excel spreadsheets:  (1) Core Digital Package Revenue.xlsx; (2) Program costs 2010-2012.xlsx; (3) Program costs 2013Q2.xlsx; (4) Program costs 2014Q1.xlsx; (5) Sub Request 10-2010.xlsx; and (6) Video_subs.xlsx.

## KIRKLAND & ELLIS LLP

Carol S. Shahmoon
May 5, 2016
Page 2

| Spreadsheet | Cablevision Author |
|---|---|
| Core Digital Package Revenue.xlsx | Jody Pesso |
| Program costs 2010-2012.xlsx | Sari Pedersen |
| Program costs 2013Q2.xlsx | Sari Pedersen |
| Program costs 2014Q1.xlsx | Sari Pedersen |
| Sub Request 10-2010.xlsx | Jody Pesso |
| Video_subs.xlsx | Sanjay Modi |

**Plaintiffs' request for additional "original natives."** Plaintiffs also expressed their view that the Orszag Spreadsheets "were not in fact the original natives of the source material referred to in Mr. Orszag's analysis." . On that basis, Plaintiffs ask that Cablevision "produce . . . the actual spreadsheets from which data was supplied to Mr. Orszag."

Plaintiffs misapprehend the process by which the Orszag Spreadsheets were created. Before Mr. Orszag prepared his expert report, Mr. Orszag's support staff requested that Cablevision provide certain categories of company data that Mr. Orszag would need for his analyses, such as video programming revenues for different cable packages, program costs, as well as subscriber numbers, for certain time-periods. Cablevision employees then independently loaded various categories of company data into spreadsheets in response to these requests, and provided those spreadsheets to Mr. Orszag's staff. Mr. Orszag's staff determined which categories of data Mr. Orszag actually needed for his analysis, and provided those to him in the the Orszag Spreadsheets, which contain all of the data from Cablevision that Mr. Orszag considered in his analysis. Cablevision has already provided Plaintiffs with the native Excel versions of the six Orszag Spreadsheets. Thus, Cablevision has complied fully with its obligations to disclose "the facts or data considered by [Mr. Orszag] in forming" his expert opinions as required by Federal Rule of Civil Procedure 26(a)(2)(B)(ii).

KIRKLAND & ELLIS LLP

Carol S. Shahmoon
May 5, 2016
Page 3

\*   \*   \*

      In sum, Cablevision has already produced native versions of the Orszag Spreadsheets on which Mr. Orszag relied or which he considered.  As set out above, Cablevision will use a different means to produce the Orszag Spreadsheets to address issues with date metadata.  And, as set out above, Cablevision has identified the employees who had created the spreadsheets. Beyond that, however, Cablevision has satisfied its obligations under the Federal Rules.  Please let us know if you believe the parties need to discuss anything further.

      Best regards,

      *s/ Andrew M. Genser*

cc:    Ralph M. Stone, Esq. (via email)
        Todd J. Krouner, Esq. (via email)