UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

In re Cablevision Consumer Litigation

The document relates to:

All Actions

Master File No. 10-CV-4992 (JS)(AKT)

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   MAY 09 2016   ★

LONG ISLAND OFFICE

## STIPULATION AND CONSENT FOR SUBSTITUTION OF CO-LEAD COUNSEL

WHEREAS the law firm of Shahmoon & Ellisen LLP was appointed on May 14, 2014 as co-lead class counsel along with Stone Bonner & Rocco LLP and Law Office of Todd J. Krouner;

WHEREAS Carol S. Shahmoon, the attorney who was responsible for and conducted this litigation at Shahmoon & Ellisen LLP, is no longer affiliated with Shahmoon & Ellisen LLP and is now affiliated with CSS Legal Group PLLC;

WHEREAS Ms. Shahmoon has continuously represented individual plaintiff Arthur Finkel and the class plaintiffs as one of the co-lead counsel in the litigation, and has taken an active role in this litigation since it was filed;

WHEREAS Ms. Shahmoon has substantial knowledge in the applicable law and the facts of the case and will commit the necessary resources to representing the class and will fairly and adequately represent the class, in accordance with the requirements of Federal Rules of Civil Procedure Rule 23(g);

WHEREAS each of the co-lead counsel seeks to avoid unnecessary duplication of effort and expense and thus to have CSS Legal Group PLLC take over the responsibilities and

functions of Shahmoon & Ellisen LLP as one of the three firms acting as co-lead counsel for the class;

WHEREAS Kirkland & Ellis LLP, counsel for defendants, has been notified of Ms. Shahmoon's change of law firm affiliation and has no objection to the substitution of CSS Legal Group PLLC for Shahmoon & Ellisen LLP as one of the three co-lead counsel firms;

IT IS HEREBY STIPULATED AND CONSENTED, subject to approval and order of this Court, that the law firm of CSS Legal Group PLLC, 1010 Northern Blvd., Suite 208, Great Neck, NY 11021, be substituted for Shahmoon & Ellisen LLP, as co-lead counsel for the plaintiffs and the class, together with Stone Bonner & Rocco LLP and the Law Office of Todd J. Krouner.

Dated: April 14, 2016

Respectfully submitted,

CSS LEGAL GROUP PLLC

By  /s/ Carol S. Shahmoon
   Carol S. Shahmoon
   (cshahmoon@csslegalgroup.com)
   1010 Northern Blvd., Suite 208
   Great Neck, NY 11021
   Tel: (646) 517-4399
   Fax: (646) 880-9359

STONE BONNER & ROCCO LLP

By  /s/ Ralph M. Stone
   Ralph M. Stone
   (rstone@lawssb.com)
   260 Madison Avenue, 17th Floor
   New York, NY 10016
   Tel: (212) 239-4340
   Fax: (212) 239-4310

LAW OFFICE OF TODD J. KROUNER

By  /s/ Todd J. Krouner
   Todd J. Krouner
   (tkrouner@krounerlaw.com)
   93 Greeley Avenue
   Chappaqua, NY 10514
   Tel: (914) 238-5800
   Fax: (914) 238-5820

SHAHMOON & ELLISEN LLP

By  /s/ Hays Ellisen
   Hays Ellisen
   (hellisen@sandelaw.com)
   370 Lexington Avenue, 24th Floor
   New York, NY 10017
   Tel: (646) 450-2510
   Fax: (917) 591-3064

**SO ORDERED**
/s/ A. Kathleen Tomlinson
A. Kathleen Tomlinson
United States Magistrate Judge
Date: May 9, 2016
Central Islip, N.Y.

2