DATE:  5/13/2016          AT:  1:30

BEFORE JUDGE JOANNA SEYBERT:

<u>CIVIL CAUSE FOR PRE-MOTION CONFERENCE</u>

DOCKET NUMBER:  10-4992

TITLE: PEARLMAN -V- CABLEVISION

APPEARANCES:

FOR PLAINTIFF(S):  TODD KROUNER, CAROL SHAHMOON, RALPH STONE

FOR DEFENDANT(S):  ANDREW GENSER, DMITRIY TISHYEVICH, REBECCA BANEMON

REPORTER: NONE

| | |
|---|---|
| X | CASE CALLED. |
| X | COUNSEL FOR ALL SIDES PRESENT. |
| | COUNSEL FOR _____ NOT PRESENT. |
| X | CONFERENCE HELD. |
| | DISCOVERY TO BE COMPLETED BY _____ |
| | PARTIES TO COMPLETE _____ BY THE NEXT CONFERENCE OR BY _____ |
| | NEXT CONFERENCE SET FOR _____ |
| | CASE TO BE REFERRED/ASSIGNED TO MAGISTRATE JUDGE _____ FOR _____ |
| X | DEFENDANTS' MOTION TO BE FILED BY 6/13/2016 (LIMIT 20 PAGES, CONSISTING OF ARGUMENTS NOT PREVIOUSLY RAISED IN OPPOSITION TO PLAINTIFFS' MOTION [187]); RESPONSE BY 7/5/2016 (LIMIT 15 PAGES); REPLY BY 7/12/2016 (LIMIT 8 PAGES). |
| | JURY SELECTION SET FOR __/__/2016 AT 9:30AM BY LAW CLERK |
| | TRIAL SET FOR _____ |
| | OTHER _____ |