**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re Cablevision Consumer Litigation** ------------------------------------------------------- This Document Relates to: All Actions | Master File No. 10-cv-4992 (JS) (AKT) ECF CASE |

**NOTICE OF MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that Defendants will and hereby do move this Court, before the Honorable Joanna Seybert, U.S.D.J., in Courtroom 1030, United States Courthouse, 100 Federal Plaza, Central Islip, NY 11722, on a date and at a time designated by the Court, for an order granting summary judgment under Fed. R. Civ. P. 56 against Plaintiffs' sole remaining claim for breach of contract, and dismissing that claim with prejudice. In support of this motion, Defendants file herewith their Memorandum of Law in Support of Motion for Summary Judgment, the Local Rule 56.1 Statement in Support of Motion for Summary Judgment, the February 16, 2016 Declaration of Andrew M. Genser in Support of Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment and in Support of Defendants' Motion for Summary Judgment, and the exhibits attached thereto.

Dated: June 13, 2016 Respectfully submitted,

  */s/ Andrew M. Genser*

Joseph Serino, Jr., P.C.
Andrew M. Genser
Jonathan F. Putnam
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joseph.serino@kirkland.com
agenser@kirkland.com
jputnam@kirkland.com

*Attorneys for Defendants Cablevision Systems Corporation and CSC Holdings, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2016, I served a true and correct copy of the foregoing on counsel of record listed below via ECF:

Carol S. Shahmoon
CSS Legal Group PLLC
1010 Northern Blvd., Suite 208
Great Neck, NY 11021
cshahmoon@csslegalgroup.com

Todd J. Krouner
LAW OFFICE OF TODD J. KROUNER
93 North Greeley Avenue
Chappaqua, NY 10514
tkrouner@krounerlaw.com

Ralph M. Stone
STONE BONNER & ROCCO LLP
145 West 45th Street, Suite 701
New York, New York 10036
rstone@lawssb.com

 */s/ Andrew M. Genser*
Andrew M. Genser