

*145 WEST 45TH STREET • SUITE 701 • NEW YORK • NEW YORK • 10036*

TELEPHONE
(212) 239-4340

FAX
(212) 239-4310

WEB
WWW.LAWSSB.COM

June 15, 2017

*BY ECF*

Hon. Joanna Seybert
Hon. A. Kathleen Tomlinson
United States Courthouse
100 Federal Plaza
Central Islip, NY 11722-4438

      Re:    *In re Cablevision Consumer Litig.* (E.D.N.Y., No. 10-cv-04992)

Dear Judge Seybert and Judge Tomlinson:

      On May 3, 2017, I reported on behalf of the parties that a settlement had been reached in this matter, and I requested that the Court allow the parties 45 days to negotiate and finalize the documentation necessary to effectuate the settlement.  The Court allowed the parties the 45 days, which expire on Monday, June 19.  The process has been proceeding smoothly, but, despite our diligence, I write on behalf of the parties to request a two-week extension (plus two days because of the holiday) to July 6, 2017, in order to complete the documentation.  This additional time will allow the parties to finalize the draft notices of settlement and to coordinate the execution of the settlement documents.  On that date (July 6), we anticipate that we will file the Stipulation of Settlement, a Motion for Preliminary Approval of the Settlement, and papers in support of the motion.

      If the Court has any questions, please do not hesitate to contact me.

            Respectfully,

            Ralph M. Stone

cc:    Defense Counsel