Joseph Serino, Jr.
Direct Dial: +1.212.906.1717
joseph.serino@lw.com

53rd at Third
885 Third Avenue
New York, New York 10022-4834
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM & WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Barcelona | Moscow |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | Rome |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |
| Milan | |

June 28, 2017

**VIA ECF**

Hon. A. Kathleen Tomlinson
Eastern District of New York
United States Courthouse
100 Federal Plaza
Central Islip, NY 11722-4438

Re: *In re Cablevision Consumer Litig.* (No. 10-CV-4992 (JS)(AKT))

Dear Judge Tomlinson:

    I have previously appeared for and represented Defendants Cablevision Systems Corporation and CSC Holdings, LLC ("Defendants") together with my former colleagues at Kirkland & Ellis LLP. I have since departed Kirkland & Ellis LLP and will no longer represent Defendants in this matter. Kirkland & Ellis LLP will continue to represent Defendants. I do not believe my withdrawal as counsel will have any material effect on the schedule here or cause prejudice to any party. Accordingly, I respectfully request that I be relieved as counsel for Defendants and that the docket be amended to reflect this change.

Respectfully submitted,

/s/ Joseph Serino, Jr.
Joseph Serino, Jr.
of LATHAM & WATKINS LLP

cc: All Counsel of Record (via CM/ECF)