UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
**IN RE CABLEVISION CONSUMER LITIGATION**    :    MASTER FILE NO. 10-CV-4992 (JS)(AKT)
                                                                        :
This document relates to:                                   :    **Notice of Change of Address**
                                                                        :    **and Email Address**
All Actions                                                         :
                                                                        :
------------------------------------------------------------------X

    Please take Notice that, effectively immediately, the address of the undersigned counsel for Plaintiffs Sean Ahearn, William Canfield, Ralph Dudley and Salvatore Gandolfo is changed to the addresses set forth in the signature block below.

    Please take further Notice that, effectively immediately, the email domain name of the undersigned counsel is changed to that appearing below, *i.e.*, from ssnyc.com to ssnylaw.com .

    Please take further Notice that the name of undersigned counsel and its telephone and facsimile numbers remains the same.

    /s/ Richard J. Schager, Jr.
    Richard J. Schager, Jr.
    schager@ssnylaw.com
    Andrew R. Goldenberg
    goldenberg@ssnylaw.com

    **STAMELL & SCHAGER, LLP**
    One Liberty Plaza, 35th Floor
    New York, NY 10006-1404
    Tel.:   (212- 566-4057
    Fax:   (212) 566-4061