# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, New York 10022

Andrew M. Genser
To Call Writer Directly:
(212) 446-4809
andrew.genser@kirkland.com

(212) 446-4800

www.kirkland.com

Facsimile:
(212) 446-4900

July 6, 2017

**Via ECF Filing**

Hon. A. Kathleen Tomlinson, U.S. Magistrate Judge
United States District Court
100 Federal Plaza
Central Islip, NY 11722

Re:   *In re Cablevision Consumer Litig.* (No. 10-CV-4992 (JS)(AKT))

Dear Judge Tomlinson:

    I am lead counsel representing Defendants Cablevision Systems Corporation and CSC Holdings, LLC.  I write to advise the Court that Mr. Joseph Serino, Jr., who previously appeared for and represented Defendants, has departed Kirkland & Ellis LLP.  Kirkland & Ellis LLP will continue to represent Defendants in this matter, and I do not believe that Mr. Serino's withdrawal as counsel will have any material effect on the schedule or cause prejudice to any party.  Accordingly, I respectfully request that Mr. Serino be relieved as counsel for Defendants in this matter, and that the docket be amended to reflect this change.

    Respectfully submitted,

*/s Andrew M. Genser*
Andrew M. Genser

cc:  All Counsel of Record (via ECF)