# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, New York 10022

Andrew M. Genser
To Call Writer Directly:
(212) 446-4809
andrew.genser@kirkland.com

(212) 446-4800

www.kirkland.com

Facsimile:
(212) 446-4900

July 6, 2017

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 07 2017 ★

LONG ISLAND OFFICE

**Via ECF Filing**

Hon. A. Kathleen Tomlinson, U.S. Magistrate Judge
United States District Court
100 Federal Plaza
Central Islip, NY 11722

Re:   *In re Cablevision Consumer Litig.* (No. 10-CV-4992 (JS)(AKT))

Dear Judge Tomlinson:

I am lead counsel representing Defendants Cablevision Systems Corporation and CSC Holdings, LLC. I write to advise the Court that Mr. Joseph Serino, Jr., who previously appeared for and represented Defendants, has departed Kirkland & Ellis LLP. Kirkland & Ellis LLP will continue to represent Defendants in this matter, and I do not believe that Mr. Serino's withdrawal as counsel will have any material effect on the schedule or cause prejudice to any party. Accordingly, I respectfully request that Mr. Serino be relieved as counsel for Defendants in this matter, and that the docket be amended to reflect this change.

Respectfully submitted,

/s/ Andrew M. Genser
Andrew M. Genser

cc: All Counsel of Record (via ECF)

**SO ORDERED**
/s/ A. Kathleen Tomlinson
A. Kathleen Tomlinson
United States Magistrate Judge
Date: July 7, 2017
Central Islip, N.Y.

Beijing   Chicago   Hong Kong   Houston   London   Los Angeles   Munich   Palo Alto   San Francisco   Shanghai   Washington, D.C.