IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re Cablevision Consumer Litigation**  ------------------------------------------------- This Document Relates to: All Actions | Master File No. 10-cv-4992 (JS) (AKT)  ECF CASE Electronically Filed |

NOTICE OF CHANGE OF ADDRESS

TO: The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTICE THAT the firm of Stone Bonner & Rocco LLP has moved its New York office. The new address is:

STONE BONNER & ROCCO LLP
1700 Broadway, 41st Floor
New York, New York  10019

Dated: September 1, 2017

                                              Respectfully submitted,

                                              /s/ Ralph M. Stone
                                              Ralph M. Stone
                                              STONE BONNER & ROCCO LLP
                                              1700 Broadway, 41st Floor
                                              New York, New York 10019
                                              Telephone: (212) 239-4340

                                              *Co-Lead Counsel for Plaintiffs*