| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**EASTERN DISTRICT OF NEW YORK** | **CIVIL CONFERENCE**<br>**MINUTE ORDER** |

BEFORE:  A. KATHLEEN TOMLINSON          DATE:  12-12-2017
         U.S. MAGISTRATE JUDGE          TIME:  3:39 p.m. (9 minutes)

*In re Cablevision Consumer Litigation*
*(Pearlman et al v. Cablevision Systems Corporation)*
**Master File No. CV 10-4992 (JS) (AKT)**

TYPE OF CONFERENCE:       **TELEPHONE STATUS CONFERENCE**

APPEARANCES:   Plaintiff      Ralph M. Stone

               Defendant      Andrew Genser
                              Rebecca Bamban, Client Representative

FTR:   3:39-3:48

THE FOLLOWING RULINGS WERE MADE:

   I spoke with the parties today to discuss the procedural aspects of moving forward with the Settlement Agreement.  Counsel will address this matter with their respective clients and will advise the Court in writing of the outcome in the short term.

                                        SO ORDERED

                                        /s/ A. Kathleen Tomlinson
                                        A. KATHLEEN TOMLINSON
                                        U.S. Magistrate Judge