**STONE BONNER & ROCCO LLP**
ATTORNEYS AT LAW

1700 BROADWAY, 41ST FLOOR
NEW YORK, NEW YORK 10019-4613
(212) 239-4340
WWW.LAWSBR.COM

_____

RALPH M. STONE
DIRECT: 212-239-1550
rstone@lawsbr.com

March 6, 2018

*By ECF*

Hon. A. Kathleen Tomlinson, U.S.M.J.
U.S. District Court, Eastern District of New York
100 Federal Plaza
Central Islip, NY  11722

Re:   *In re Cablevision Consumer Litig.*, No. 10-CV-4992 (JS) (AKT)

Dear Judge Tomlinson:

I write on behalf of all parties in the above-captioned matter to request that the Court approve a minor modification to the Class Action Settlement Agreement (Dkt. 228).  As further explained below, this modification is necessary to allow Defendants Cablevision Systems Corporation and CSC Holdings LLC (together, "Cablevision") sufficient time to provide effective advance notice of the in-kind benefits that will be provided to the Settlement Class in the event the Court grants final approval of the settlement.

Counsel for Cablevision has advised Plaintiffs that in preparing for the potential roll-out of these benefits, Cablevision has learned that due to differences in customers' billing cycles, it will need 60 days (rather than the 30 days provided in the Settlement Stipulation) after the date of the Final Approval Order to provide advance notice to all customers before Cablevision can begin to provide the benefits.  The parties believe that this slight extension of the period to notify Class Members of the availability of the benefits will help avoid confusion and help ensure that Class Members receive sufficient notice about the benefits.  Accordingly, the parties have agreed, subject to the Court's approval, to an amendment to the Class Action Settlement Agreement, pursuant to Section 34 of

_____



Hon. A. Kathleen Tomlinson
March 6, 2018
Page 2

that Agreement to change Paragraph 9 to extend the advance notice period to 60 days.

      The parties will be requesting that the Court approve the Settlement Agreement, with this amendment, at the final settlement hearing.  As the amendment is not a change to the material terms of the settlement, the parties do not believe that additional notice of the slight change in the settlement need be given prior to the settlement hearing.  Moreover, paragraph 15 of the Preliminary Approval Order (Dkt 243) alerts Class Members, among other things, that the Court may continue the Final Approval Hearing or "approve the settlement with modifications, if any, consented to by counsel for the Settlement Class and Cablevision without further notice."

                                            Respectfully submitted,

                                            /s/ Ralph M. Stone

cc:    All counsel of record via ECF