## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re Cablevision Consumer Litigation** <br><br>--------------------------------------------------------<br><br>This Document Relates to:<br>All Actions | Master File No.<br>10-cv-4992 (JS) (AKT)<br><br>ECF CASE<br>Electronically Filed |

## NOTICE OF MOTION FOR FINAL APPROVAL
## OF CLASS ACTION SETTLEMENT

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement, and the accompanying Joint Declaration of Todd J. Krouner, Carol S. Shahmoon and Ralph M. Stone, and the exhibits thereto, Plaintiffs hereby move for an Order granting final approval to the proposed settlement of this class action, and for such further relief as this Court deems just and proper (the "Motion"). A form of Order is attached hereto.

Dated: April 9, 2018                                   Respectfully submitted,

STONE BONNER & ROCCO LLP                               LAW OFFICE OF TODD J. KROUNER, P.C.

By:  /s/ Ralph M. Stone                                By:  /s/ Todd J. Krouner
  Ralph M. Stone                                         Todd J. Krouner
  (rstone@lawsbr.com)                                    (tkrouner@krounerlaw.com)
1700 Broadway, 41st Fl.                                93 Greeley Avenue
New York, NY 10019                                     Chappaqua, NY 10514
Tel: (212) 239-4340                                    Tel: (914) 238-5800
Fax: (212) 239-4310                                    Fax: (914) 238-5820


CSS LEGAL GROUP PLLC

By:  /s/ Carol S. Shahmoon
  Carol S. Shahmoon
  (cshahmoon@csslegalgroup.com)
1010 Northern Blvd., Suite 208
Great Neck, NY 11021
Tel: (646) 517-4399
Fax: (646) 880-9359

*Co-Lead Counsel for Plaintiffs*