### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re Cablevision Consumer Litigation** <br><br> -------------------------------------------------------- <br><br> This Document Relates to: <br> All Actions | Master File No. <br> 10-cv-4992 (JS) (AKT) <br><br> ECF CASE <br> Electronically Filed |

### NOTICE OF MOTION FOR APPROVAL OF ATTORNEYS' FEES, REIMBURSMENT OF LITIGATION EXPENSES, AND SERVICE PAYMENT TO CLASS REPRESENTATIVES

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion for An Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Service Award to Class Representatives, and the accompanying Joint Declaration of Todd J. Krouner, Carol S. Shahmoon and Ralph M. Stone, and the exhibits thereto, filed with the accompanying Motion for Final Approval of Class Action Settlement, Plaintiffs hereby move for an Order awarding them attorneys' fees of $4,750,000, for reimbursement of expenses of $264,479.64, and awarding service awards to the named plaintiffs in the amount of $1,500 each (which shall be paid out of the attorneys' fee award), and for such further relief as this Court deems just and proper (the "Motion"). A form of Order is attached hereto.

Dated: April 9, 2018                                   Respectfully submitted,

STONE BONNER & ROCCO LLP                               LAW OFFICE OF TODD J. KROUNER, P.C.

By: /s/ Ralph M. Stone                                 By: /s/ Todd J. Krouner
   Ralph M. Stone                                        Todd J. Krouner
   (rstone@lawsbr.com)                                    (tkrouner@krounerlaw.com)
1700 Broadway, 41st Fl.                                93 Greeley Avenue
New York, NY 10019                                     Chappaqua, NY 10514
Tel: (212) 239-4340                                    Tel: (914) 238-5800
Fax: (212) 239-4310                                    Fax: (914) 238-5820

CSS LEGAL GROUP PLLC

By: /s/ Carol S. Shahmoon
   Carol S. Shahmoon
   (cshahmoon@csslegalgroup.com)
1010 Northern Blvd., Suite 208
Great Neck, NY 11021
Tel: (646) 517-4399
Fax: (646) 880-9359

*Co-Lead Counsel for Plaintiffs*