**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

```
---------------------------------------     Master File No.
In Re Cablevision Consumer Litigation       10-cv-4992(JS)(AKT)

---------------------------------------

This Documents Relates:                     ECF CASE
All Actions                                 Electronically Filed

---------------------------------------
```

**SECOND REQUEST FOR DISCOVERY BY OBJECTORS BRIAN T. FOLEY, EDWARD W. WYNNE AND ARNOLD H. BELGRAIER**

PLEASE TAKE NOTICE that the Law Office of Thomas A. Dickerson, Esq. appears on behalf of Brian T. Foley, Edward W. Wynne and Arnold H. Belgraier, Class Members and Objectors [the Objectors] to the Proposed Class Action Settlement Agreement dated June 27, 2017 as discussed briefly in the Class Action Notice received by the Objectors on or about March 14, 2018 wherein the Court set May 17, 2018 as the date of the Fairness Hearing.

In order to properly evaluate the Proposed Class Settlement and Class Counsel's Fees and Costs Application, the Objectors demand that the Parties and Class counsel produce the following documents within 5 days of receipt of the Discovery Request.

1. All documents created by and/or obtained by the Parties and Class Counsel which refer or relate to determining the actual monetary cost to the defendant Cablevision of each of the benefits offered in the Class Action Settlement Agreement and Class Action Notice, i.e., (1) "two library catalog movies for free", (2) "one free month of Cablevision's Service Protection" and (3) "two Wi-Fi passes for free".

2. All documents created by and/or obtained by the Parties and

Class Counsel which refer or relate to determining the actual monetary value of each of the benefits offered in the Class Action Settlement Agreement and Class Action Notice, i.e., (1) "two library catalog movies for free", (2) "one free month of Cablevision's Service Protection" and (3) "two Wi-Fi passes for free".

Dated: April 9, 2018

                              Respectfully Submitted,

Law Office Of Thomas A. Dickerson

By:_____/s/_____

Thomas A. Dickerson
(judgetad@aol.com)
81 Main Street
Suite 306
White Plains, NY 10601
Cell: 914 704 0408

**ALL RESPONSES MUST BE IN PDF FORMAT AND SENT TO judgetad@aol.com**