**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
THEODORE PEARLMAN, MARC TELL, JULIA
GALLO, DOROTHY RABSEY, and JOHN
AZZARELLA, individually and on behalf
of all others similarly situated,

                            Plaintiffs,

           -against -

                        **ORDER**

                        CV 10-4992 (JS) (AKT)

CABLEVISION SYSTEMS CORPORATION,

                            Defendant.
-------------------------------------------------------------------X

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

      The Court has reviewed Class Counsel's motion to strike the Third Memorandum of Law [DE 261] filed by Thomas A. Dickerson, Esq. on behalf of Brian T. Foley, Edward W. Wynne and Arnold H. Belgraier (the "Objectors"). DE 262. The Court has also reviewed Attorney Dickerson's response to Plaintiffs' motion. DE 263. At the outset, the Court points out that the Objectors' Third Memorandum of Law constitutes an improper reply. The submission is not contemplated by the Preliminary Approval Order nor did counsel obtain permission from the Court to file the memorandum before doing so. Moreover, Attorney Dickerson has failed to cite any legal authority which would permit this submission. As an aside, the Court also notes that the memorandum exceeds the 25-page limitation on memoranda of law. *See* Individual Practice Rules, III.C.2.

      The Court does not intend to consider the arguments raised in the memorandum unless and until Attorney Dickerson shows cause, by way of case law or statutory authority, that the Court is obligated to consider a third memorandum of law in these circumstances. If Attorney

Dickerson intends to pursue the matter, he has until May 16, 2018 to show cause and any filing on this issue may not exceed five (5) pages.

|  |  |
|---|---|
| Dated: Central Islip, New York<br>May 11, 2018 | **SO ORDERED.**<br><br>/s/ A. Kathleen Tomlinson<br>A. KATHLEEN TOMLINSON<br>U.S. Magistrate Judge |