# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, New York 10022

| Dmitriy Tishyevich | (212) 446-4800 | Facsimile: |
| To Call Writer Directly: | | (212) 446-4900 |
| (212) 446-6453 | www.kirkland.com | |
| dmitriy.tishyevich@kirkland.com | | |

June 5, 2018

**Via ECF Filing**

Hon. A. Kathleen Tomlinson, U.S. Magistrate Judge
United States District Court
100 Federal Plaza
Central Islip, NY 11722

Re: *In re Cablevision Consumer Litig.* (No. 10-CV-4992 (JS)(AKT))

Dear Judge Tomlinson:

     I represent Defendants Cablevision Systems Corporation and CSC Holdings, LLC. I write to advise the Court that Mr. Andrew Genser, who previously appeared for and represented Defendants, has departed Kirkland & Ellis LLP. Kirkland & Ellis LLP will continue to represent Defendants in this matter, and I do not believe that Mr. Genser's withdrawal as counsel will have any material effect on the schedule or cause prejudice to any party. Accordingly, I respectfully request that Mr. Genser be relieved as counsel for Defendants in this matter, and that the docket be amended to reflect this change.

Respectfully submitted,

*/s Dmitriy Tishyevich*
Dmitriy Tishyevich

cc: All Counsel of Record (via ECF)