

**STONE BONNER & ROCCO** LLP
ATTORNEYS AT LAW

1700 BROADWAY, 41ST FLOOR
NEW YORK, NEW YORK 10019
(212) 239-4340
WWW.LAWSBR.COM

August 14, 2018

*BY ECF*

The Honorable A. Kathleen Tomlinson
United States Magistrate Judge
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722-4438

    Re:    *In re Cablevision Consumer Litig.* (No. 10-CV-4992 (JS)(AKT))

Dear Judge Tomlinson:

    I write with regard to the settlement of the above-referenced class action, which Your Honor approved at the hearing on May 17, 2018. At that time, the Court also took under submission plaintiffs' counsels' application for an award of attorneys' fees and reimbursement of expenses, as well as for service awards to the class plaintiffs (the "Fee Motion"). In accordance with the Court's approval, Cablevision has begun the timely implementation of the settlement. In order to bring the matter to a final close, we respectfully request that the Court enter a final decision on the Fee Motion. To that end, we have enclosed a courtesy copy of the originally anticipated final approval order that the parties negotiated and appended to the agreement settling the case.

                                      Respectfully,

                                      Ralph M. Stone

Enclosure
cc: All Counsel (By ECF)